# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

QUINCY AND LISA BROWN

VERSUS

ELRAY KOCKE SERVICE, INC.,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AND
HERBERT HETTINGER

NO.  2021 CW 1454

JANUARY 26, 2022

In Re:   Quincy Brown, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 80110.

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

WRIT GRANTED. We reverse the trial court's October 26, 2021 oral ruling that granted the defendants, Elray Kocke Service, Inc.'s and Burlington Insurance Company's motions to compel full neuropsychological examination of the plaintiff, Quincy Brown. The moving party has not demonstrated the existence of good cause for such examination. See **Williams v. Smith**, 576 So.2d 448, 452 (La. 1991). Therefore, defendants have not established their entitlement to require plaintiff to submit to an additional medical examination with a neuropsychologist. See La. Code Civ. P. art. 1464. The motions to compel neuropsychological medical examination filed by defendants are denied. See also **Young v. Zurich Am. Ins. Co.**, 21-0345 (La. App. 1st Cir. 6/18/21), 2021 WL 2497463, p.*1.

PMc
MRT

WELCH, J., concurs. In addition to the reasons stated by the majority, I conclude that defendants failed to prove that their intended expert is a licensed clinical psychologist or that plaintiff provided notice of his intent to use such an expert.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT